```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793
```



FILED

APR 12 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant, | Misc. No. 05-SW-0094 DAD |
| 7783 Churn Creek Road<br>Redding, California, | ORDER |
| 2875 Churn Creek Road<br>Redding, California,<br>Suite A. | |

Petition having been made to the Court to unseal the above named Search Warrant, Affidavit, and accompanying Sealing Order, and the Court having considered the petition and finding good cause therefor;

IT IS HEREBY ORDERED that the Search Warrant, Affidavit, and accompanying Sealing Order be unsealed.

DATED: April 12, 2007

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

3